Order; Dissent by Judge
O’SCANNLAIN.
ORDER
Eliot Pocasangre has filed a motion for reconsideration and remand, which we treat as a petition for panel rehearing. Pocasangre entered the United States at the age of 15 and has been in the United States for over 5 years. He does not appear to have any criminal convictions.
*675 In light of ICE Director John Morton’s June 17, 2011 memo regarding prosecutorial discretion, and the November 17, 2011 follow-up memo providing guidance to ICE Attorneys, the government shall advise the court by March 19, 2012, whether the government intends to exercise prosecutorial discretion in this case and, if so, the effect, if any, of the exercise of such discretion on any action to be taken by this court with regard to Petitioner’s pending petition for rehearing.